IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-33-FL-3

| | | |
|---|---|---|
| JOSHUA DEAN GOODMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER TO FILE UNDER SEAL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter coming before the court for consideration, it is hereby

ORDERED that the Respondent's Response in Opposition to Motion to Compel [D.E. 167] filed under seal be allowed.

This 8th day of October, 2014.

                                                    /s/ Louise W. Flanagan
                                                    LOUISE W. FLANAGAN
                                                    United States District Judge